1  Raye Mitchell SBN 172664
   Attorney at Law
2  Center for Positive Power
   2132 Longview Drive, Suite C
3  San Leandro, Ca 94577
4  510.836.2097 (ph)/510.380.6531(fax)
   Attorney for Defendant-Judgment Debtor
5   Carol H. Williams Advertising Agency, Inc,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACH I EMERY TECH LLC<br><br>   Plaintiff<br><br><br>   vs.<br><br>CAROL H. WILLIAMS ADVERTISING, et al<br><br><br>   Defendants | Case No.:<br><br>**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT (ERISA Claims)**<br><br>Date: December 23, 2013 |

## NOTICE OF REMOVAL

**TO PLAINTIFF AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that all defendants in this matter served notice on December 23, 2013 that this action was removed to the United States District Court of Northern California.

This matter is removed to the United States District Court pursuant to 28 USC § 1441 et seq. The Plaintiff has seized third party money that involve the Defendant's employee ERISA accounts and benefits and as such as of December 10, 2013, the matter of Plaintiff's interference with a validly established ERISA plan and benefits are at issue (ERISA 502(b) violations/ 29 USC 1132 et seq). The Plaintiff has also seized federal funds of the US Army and the US Department of Health (Center for Disease Control (CDC)) that the Defendant held for payment of Army and CDC expenses. The federal funds were deposited with the Defendant CHWA for the purposes of payment of federal contract obligations. CHWA is the fiduciary of said federal funds.

As background, on or about November 22, 2013 or some date thereafter, the Plaintiff issued an overbraod Writ of Execution purporting to collect on a $ 76,519.23 judgment the Plaintiff purported was due from the Defendant, Carol H. Williams Advertising Agency, Inc ("CHWA"). The Plaintiff acted to intentionally conceal this information form the Defendant by putting a false address on the writ of execution. The Plaintiff also put down a false net amount on the judgment and failed to credit $ 39k security deposit it is holding.

After Defendant discovered a levy on all of the accounts held in its name, Defendant attempted to obtain a release of the money. Plaint acknowledged in a written Stipulation and Order thereon on December 19,

2013 that ERISA monies are exempt from levy, acknowledged that it still haled ERIA money, but has failed and refuses to release said money. Still further Plaintiff acknowledge that time is of the essence, but refuses to take steps to prevent further harm to the ERISA plan participants who have and continue to suffer injury in fact. Plaintiff holds the ERISA funds in retaliation of the Defendant having filed a federal action for race discrimination (related case no C13-05781 JSC)

The matter of the *Exparte* Application of Defendant Carol H. Williams Advertising Agency, Inc cam on for hearing Thursday December 19, 2013. Appearing for the Plaintiff MACH I Emery Tech LLC was attorney Manual Martinez of Stein & Lubin LLP and appearing for the Defendant Carol H. Williams Advertising Agency, Inc was Attorney Rye Mitchell of the Law Offices of Raye Mitchell. The parties by and through their legal counsel entered into and did execute a Stipulation and agreement that funds and categories of funds held by the Plaintiff through the writ of execution levied by the Los Angeles County Sheriff are exempt as specified in the executed agreement and that said agreement be so ordered by the court. Attached is a true and correct copy of said Stipulation and Order.

Defendant CHWA and its employees of CHWA will amend their complaint and or lodge a cross complaint in this action for ERISA violations and other claims arising out of the wrongful retention of ERISA benefits of

3

Notice of Removal

CHWA employees and participants. CHWA will file an application to relate the pending case and will file a motion to consolidate said actions forthwith.

Pursuant to 28 USC § 1447, a State Court may not proceed with and removed action unless and until, the Clerk of the Federal Court mails a certified copy of the remand order and the receiving court so acknowledges receipt.

Dated: December 23, 2013,

By: /s/ Raye Mitchell
Raye Mitchell
Attorney for the Defendant
Carol H. Williams Advertising Agency, Inc

Notice of Removal

4

Raye Mitchell SBN 172664
Attorney at Law
Center for Positive Power
2132 Longview Drive, Suite C
San Leandro, Ca 94577
510.836.2097 (ph)/510.380.6531(fax)
Attorney for Defendant-Judgment Debtor
Carol H. Williams Advertising Agency, Inc,

## Superior Court of State of California,

## County of Alameda

MACH I EMERY TECH LLC

Plaintiff

vs.

CAROL H. WILLIAMS ADVERTISING, et al

Defendants

Case No.: RG 12-652388

EXECUTED STIPULATION AND ORDER THEREON OF EXEMPTION/CATEGORIES OF FUNDS EXEMPT AS THE WRIT OF EXECUTION ISSUED BY THE LOS ANGELES COUNTY SHERIFF

Date: December 19, 2013

**STIPULATION AND ORDER AFTER HEARING
DESIGNATION OF CERTAIN FUNDS EXEMPT**

The matter of the *Exparte* Application of Defendant Carol H. Williams Advertising Agency, Inc cam on for hearing Thursday December 19, 2013. Appearing for the Plaintiff MACH I Emery Tech LLC was attorney Manual Martinez of Stein & Lubin LLP and appearing for the Defendant Carol H. Williams Advertising Agency, Inc was Attorney Rye Mitchell of the Law Offices of Raye Mitchell. The parties by and through their legal

counsel entered into and did execute a Stipulation and agreement that funds and categories of funds held by the Plaintiff through the writ of execution levied by the Los Angeles County Sheriff are exempt as specified in the executed agreement and that said agreement be so ordered by the court. Attached is a true and correct copy of said Stipulation and Order.

Dated: December 20, 2013,

By: *(signature)*
Raye Mitchell
Attorney for the Defendant
Carol H. Williams Advertising Agency, Inc

Alameda County Superior Court

MACH I EMERY TECH LLC
vs
CAROL H. Williams ADVertising Agency

RG 12-652388
Order re: Stipulation

Stipulation for Statement of Exemption
The parties by and through their legal counsel agree and stipulate the following funds/categories of funds are exempt as to the Writ of Execution Levion Los Angeles County Sheriff, Reteen ~~~~

CHWA HSA Account Funds (est) $8,773.02 est
CHWA ERISA Benfts In Gen Acct (est) $10,612.21 es
CHWA Employee Withholding Deductions
  Heath/Dental, Garnishments vol. ded $19,997.55 (es

All amounts are estimates, subject to Plaintiff/Defendant establish
otherwise.
All other matters reserved for future hearing
Monday Dec 23, 2013 @ 1:30 pm Dept 31

_____
Attorney for
Plaintiff Mach I
Emery Tech LLC

_____
Attorney for
Defendant
CAROL H. Williams ADV
Ag

(1 of 2)

It is so ordered:

*[signature]*
Judge of Superior Court

*12130297*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| Manuel A. Martinez (SBN 115075)<br>Shannon Y. Yodowitz (SBN 227174)<br>STEIN & LUBIN LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, California 94111<br>TELEPHONE NO.: (415) 981-0550    FAX NO.: (415) 981-4343<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name): Mach I Emery Tech LLC<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | F I L E D<br>ALAMEDA COUNTY<br>DEC 10 2013<br>CLERK OF THE SUPERIOR COURT<br>By _____<br>DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland 94612
BRANCH NAME: René C. Davidson Courthouse

PLAINTIFF: Mach I Emery Tech LLC

DEFENDANT: Carol H. Williams Advertising

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>                       [ ] Real Property<br>[ ] SALE | CASE NUMBER: RG12652388 |
|---|---|---|
| | [ ] Limited Civil Case    [ ] Small Claims Case<br>[X] Unlimited Civil Case  [ ] Other ____ | |

1. **To the Sheriff or Marshal of the County of:** Los Angeles Sheriff, 110 N. Grand Ave., Rm 525, Los Angeles, CA 20012
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* Mach I Emery Tech LLC
   is the [X] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity stated in judgment if not a natural person, and last known address):

   Carol H. Williams Advertising
   1400 65th Street, Ste 200
   Emeryville, CA 94608-1020

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date):* July 31, 2013
6. [ ] **Judgment renewed** on *(dates):*
7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................... $ 76,494.23
12. Costs after judgment (per filed order or memo CCP 685.090) ............... $ 0.00
13. Subtotal (add 11 and 12) ............ $ 76,494.23
14. Credits ........................... $ 0.00
15. Subtotal (subtract 14 from 13) ...... $ 76,494.23
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $ 0.00
17. Fee for issuance of writ ............. $ 25.00
18. Total (add 15, 16, and 17) ........... $ 76,519.23
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of ......... $ 0.00
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) ............ $ 0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

LEAH T. WILSON
EXECUTIVE OFFICER/CLERK

Issued on *(date)* NOV 2 2 2013   Clerk, by _Donnan Thist_____, Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

*12037872*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| Manuel A. Martinez (SBN 115075)<br>Shannon Y. Yodowitz (SBN 227174)<br>STEIN & LUBIN LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, California 94111<br>TELEPHONE NO.: (415) 981-0550   FAX NO.: (415) 981-4343<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name): Mach I Emery Tech LLC<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | FILED<br>ALAMEDA COUNTY<br>NOV 22 2013<br>CLERK OF THE SUPERIOR COURT<br>By _____ Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland 94612
BRANCH NAME: René C. Davidson Courthouse

PLAINTIFF: Mach I Emery Tech LLC

DEFENDANT: Carol H. Williams Advertising, Inc.

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>                         [ ] Real Property<br>[ ] SALE | CASE NUMBER: RG12652388 |
|---|---|---|
| | [ ] Limited Civil Case   [ ] Small Claims Case<br>[X] Unlimited Civil Case   [ ] Other | |

1. To the Sheriff or Marshal of the County of: LA Sheriff, 110 N. Grand Ave., Rm 525, LA, CA 20012 (213)974-6613
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): Mach I Emery Tech LLC
   is the [X] judgment creditor   [ ] assignee of record   whose address is shown on this form above the court's name.

4. Judgment debtor (name, type of legal entity stated in judgment if not a natural person, and last known address):

   Carol H. Williams Advertising,
   1400 65th Street, Ste 200
   Emeryville, CA 94608-1020

   [ ] Additional judgment debtors on next page
5. Judgment entered on (date): July 31, 2013
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ..................... $ 76,494.23
12. Costs after judgment (per filed order or memo CCP 685.090) ............. $ 0.00
13. Subtotal (add 11 and 12) .......... $ 76,494.23
14. Credits ........................... $ 0.00
15. Subtotal (subtract 14 from 13) .... $ 76,494.23
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) ... $ 0.00
17. Fee for issuance of writ .......... $ 25.00
18. Total (add 15, 16, and 17) ........ $ 76,519.23
19. Levying officer:
   (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of ......... $ 0.00
   (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) ............ $ 0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Issued on (date): NOV 15 2013   Clerk, by _____, Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use   WRIT OF EXECUTION   Legal   Code of Civil Procedure, §§ 699.520, 712.010, 715.010

| | EJ-130 |
|---|---|
| PLAINTIFF: Mach I Emery Tech LLC | CASE NUMBER: |
| DEFENDANT: Carol H. Williams Advertising | RG12652388 |

— Items continued from page 1 —

21. ☐ **Additional judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address)*:

22. ☐ **Notice of sale** has been requested by *(name and address)*:

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
    a. on *(date)*:
    b. name, type of legal entity stated in judgment if not a
       natural person, and last known address of joint debtor:

    a. on *(date)*:
    b. name, type of legal entity stated in judgment if not
       a natural person, and last known address of joint debtor:

    c. ☐ additional costs against certain joint debtors *(itemize)*:

24. ☐ *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
    a. ☐ Possession of real property: The complaint was filed on *(date)*:
       **(Check (1) or (2)):**
       (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
           The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
       (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
           (a) $ _____ was the daily rental value on the date the complaint was filed.
           (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
              dates *(specify)*:
    b. ☐ Possession of personal property.
         ☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
    c. ☐ Sale of personal property.
    d. ☐ Sale of real property.
    e. Description of property:

---

**NOTICE TO PERSON SERVED**
WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

EJ-130 [Rev. January 1, 2012]                         Page 2 of 2

Stein & Lubin LLP
Attn: Martinez, Manuel A
600 Montgomery Street
14th Floor
San Francisco, CA   94111

## Superior Court of California, County of Alameda
### Rene C. Davidson Alameda County Courthouse

| | |
|---|---|
| **Mach I Emery Tech LLC** <br> Plaintiff/Petitioner(s) <br> VS. <br> **Carol H. Williams Advertising** <br> Defendant/Respondent(s) <br> (Abbreviated Title) | **No. RG12652388** <br><br> **Judgment Default** |

The Defendant\(s\) named having been served a copy of summons and complaint, having failed to appear and answer plaintiff's complaint within the time allowed by law, and the default of said defendant\(s\) having been entered upon application of plaintiff for judgment, and request that all DOE defendants be dismissed,

Judgment is hereby entered that Plaintiff\(s\):

   Mach I Emery Tech LLC

recover from Defendant\(s\):

   Carol H. Williams Advertising

$72,022.83 principal, $4,036.40 attorney fees, $0.00 interest, $435.00 costs.

Total Judgment $76,494.23.
Other Terms and Conditions :

   This judgment was entered on      07/31/2013

By 
Facsimile

Judge  Evelio Grillo